FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 4 2008

CENTRAL DISTRICT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONALD F. MARTINEZ, | No. CV 06-4302-RSWL (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 20, 2008

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE